UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CR-639 (JCH) |
| | ) | |
| BRUCE WILEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress. (Doc. No. 11 and Doc. No. 15). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who held an evidentiary hearing on December 18, 2007. (Doc. No. 19). Magistrate Judge Noce filed a Report and Recommendation on January 15, 2008 recommending that Defendant's motions be denied. (Doc. No. 24). After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motions to Dismiss (Doc. No. 11 and Doc. No. 15) are **DENIED**.

Dated this 30th day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE